IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX BRIGGS, | No. C 16-2520 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| DR. CHI NGUYEN; DR. H. UY; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | |
| Defendants. | |

On June 7, 2016, the court dismissed plaintiff's civil rights complaint for failure to present a cognizable claim for relief. Plaintiff was granted 28 days to file an amended complaint. He has failed to do so. This case is accordingly **DISMISSED** with prejudice. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary). The clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: August___3___, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE